IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS WAYNE CRUMP,
                   Appellant,
          vs.
THE STATE OF NEVADA,
                   Respondent.

No. 76051

FILED

OCT 18 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from a district court order dismissing a postconviction petition for writ of habeas corpus. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

On July 11, 2018, we entered an order instructing that appellant's personal representative, if any, should file a motion for substitution in this court pursuant to NRAP 43 by September 19, 2018, if he or she wished to proceed with this appeal. *See* NRAP 43(a); *Brass v. State*, 129 Nev. 527, 306 P.3d 393 (2013); *see also Walker v. Burkham*, 68 Nev. 250, 253-54, 229 P.2d 15, 160 (1951) ("Upon the death of a party . . . the [action] cannot proceed until someone is substituted for the decedent . . ."). We cautioned that if no personal representative was substituted within that time, this appeal would be dismissed. *See Brass*, 129 Nev. At 530, 306

18-41114

P.3d at 395. To date, no personal representative has filed a motion for substitution or otherwise communicated with this court. Accordingly, we ORDER this appeal DISMISSED.

_____, C.J.
Douglas

_____, J.        _____, J.
Cherry                               Gibbons

_____, J.        _____, J.
Pickering                            Hardesty

_____, J.        _____, J.
Parraguirre                          Stiglich

cc:   Hon. Kathleen E. Delaney, District Judge
      Federal Public Defender/Las Vegas
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk